KSC:08.06.24
CJF: USAO2024R00447



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. JRR-24-0240 |
| | * | |
| JUSTIN HILL, | * | (Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1); Forfeiture, 18 U.S.C. § 924(d), 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c)) |
| Defendant | * | |

*******

### INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about October 26, 2023, in the District of Maryland, the defendant,

**JUSTIN HILL,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit: a Ruger LCP .380 caliber pistol bearing serial number 37605299; a Colt Automatic .380 caliber pistol bearing serial number C116481; a SU-22 Kel-Tec CNC INC Shot style rifle; and, a Landor Arms 12-gauge shotgun bearing serial number LND00079; and the firearms were in and affecting commerce.

18 U.S.C. § 922(g)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's convictions under Count One of this Indictment.

### Firearms and Ammunition Forfeiture

2. Upon conviction of the offense alleged in Count One of this Indictment, the defendant,

**JUSTIN HILL,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in such offense, including, but not limited to:

   a. a Ruger LCP .380 caliber pistol bearing serial number 37605299;

   b. a Colt Automatic .380 caliber pistol bearing serial number C116481;

   c. a SU-22 Kel-Tec CNC INC Shot style rifle; and

   d. a Landor Arms 12-gauge shotgun bearing serial number LND00079.

### Substitute Assets

3. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

2

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Erek L. Barron
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

8-7-24
Date